IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-MJ-391-DCK-FDW

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOSE LUIS MOLINA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Without Prejudice" (Document No. 11) filed March 23, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government asserts that Defendant Jose Luis Molina has not been indicted by a Grand Jury, and that the statute of limitations for such indictment has run, "unless evidence is subsequently obtained proving that the Defendant has continued to participate in the conspiracy." (Document No. 11). The Government seeks dismissal of the Criminal Complaint (Document No. 1) filed against this Defendant on December 22, 2011, without prejudice. Id.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Without Prejudice" (Document No. 11) is **GRANTED**.

Signed: March 23, 2021

David C. Keesler
United States Magistrate Judge